UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>162 LOS GATOS-SARATOGA ROAD, LLC,<br><br>    Defendant. | Case No.18-cv-04429-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED OR OTHER SANCTIONS NOT IMPOSED** |

Plaintiff Scott Johnson filed the present action on July 23, 2018. Dkt. No. 1. Pursuant to the Court's January 3, 2019 Order Extending Deadline to Complete Joint Site Inspection and General Order No. 56, the parties' last day to conduct a joint site inspection was February 1, 2019, and Mr. Johnson's last day to file a notice of need for mediation March 15, 2019. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation. This is the second time Mr. Johnson has failed to meet the deadline to file a notice for need of mediation in this case, and the second time the Court has had to issue an order to show cause concerning his failure to do so. *See* Dkt. No. 14.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **March 22, 2019**. **Mr. Johnson and his counsel shall appear in person** before the Court on **March 26, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute and why the Court should not sanction Mr. Johnson and/or his counsel for failure to comply with the Court's prior orders.

**IT IS SO ORDERED.**

Dated: March 18, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge