UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>162 LOS GATOS-SARATOGA ROAD, LLC,<br><br>        Defendant. | Case No.18-cv-04429-VKD<br><br>**ORDER RE PARTIES' REQUESTS FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. Nos. 27, 28 |

On March 28, 2019, the Court ordered the parties to complete the joint site inspection by April 12, 2019, and further ordered plaintiff Scott Johnson to file a notice of need for mediation within three weeks after the site inspection. Dkt. No. 26. On April 4, 2019, Mr. Johnson filed an administrative motion seeking an extension of the April 12 site inspection deadline or, in the alternative, to forego the inspection and refer the case to mediation. Dkt. No. 27. On April 5, 2019, defendant 162 Los Gatos-Saratoga Road, LLC ("162 Los Gatos") filed a motion for administrative relief from the joint site inspection and mediation required under General Order 56, arguing that Mr. Johnson lacks standing and the Court lacks subject matter jurisdiction over this action because the business previously located at the premises at issue is no longer operating. Dkt. No. 28.

162 Los Gatos previously attempted to raise the issue of standing and subject matter jurisdiction on January 4, 2019 in a brief submitted in opposition to Mr. Johnson's response to the Court's December 24, 2018 order to show cause. Dkt. No. 18. The Court denied the various requests for relief made in that brief without prejudice because, among other reasons, 162 Los Gatos's request that the Court dismiss the action for lack of subject matter jurisdiction was

procedurally improper and did not comply with this Court's Civil Local Rules. Dkt. No. 19 at 2. In its April 5, 2019 submission, 162 Los Gatos does not explain its four-month delay in seeking administrative relief from the requirements of General Order 56, other than to say that it was "unable to seek this relief earlier due to Defendant's counsel trying to voluntarily settle the case" and because its attorney was ill. Dkt. No. 28 ¶ 8.

162 Los Gatos's request is untimely, and no good cause justifies its delay. A defendant in a suit alleging violation of the Americans with Disabilities Act may not simply refuse to engage in the General Order 56 process simply because it believes the case should be dismissed for lack of jurisdiction. However, 162 Los Gatos correctly observes that the Court has an independent obligation to ensure that it possesses subject-matter jurisdiction over this action. *See* Fed. R. Civ. P. 12(h)(3); *Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011). Accordingly, the Court VACATES the deadlines for the joint site inspection and notice of need for mediation.

Mr. Johnson may file a brief responding to 162 Los Gatos's arguments regarding standing and subject matter jurisdiction no later than **April 22, 2019**. 162 Los Gatos may file a brief in reply no later than **April 29, 2019**.

**IT IS SO ORDERED.**

Dated: April 8, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge